DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

SAMANTHA SCHOTT BENNETT (NYBN 5132063)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    samantha.schott@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO. 4-19-71951 MAG |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING** |
| TROY PATRICK MOON, | ) | Current Date: September 17, 2020 at 10:30 A.M. |
| | ) | Proposed Date: October 20, 2020 at 10:30 A.M. |
| Defendant. | ) | |

    The defendant is currently scheduled to appear before the Court on September 17, 2020, at 10:30 a.m., for status on preliminary hearing or arraignment. The government has produced discovery at the defendant's request, and has relayed a pre-indictment plea offer. The parties are currently engaged in discussions about the new evidence and the government's offer and need additional time to investigate. The parties are therefore requesting that the status regarding preliminary hearing or arraignment be rescheduled to October 20, 2020, at 10:30 A.M. to allow for effective preparation of counsel.

    The parties are further requesting that the time between September 17, 2020, and October 20, 2020, be excluded from the speedy trial clock. The parties agree that the additional time is necessary for effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties agree that the ends of

STIPULATION AND PROPOSED ORDER
CASE NO. 4-19-71951 MAG

justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.  *See* 18 U.S.C. § 3161(h)(7)(A).

The parties further submit that good cause exists for extending the time limits for preliminary hearing under Federal Rule of Criminal Procedure 5.1, and for extending the 30-day time period for an indictment under the Speedy Trial Act.  *See* Fed. R. Crim. P. 5.1; 18 U.S.C. § 3161(b).   The defendant consents to the extension of time.

The undersigned Assistant United States Attorney certifies that she has obtained approval from counsel for the defendant to file this stipulation and proposed order.

DATED: September 14, 2020                             Respectfully Submitted,

DAVID L. ANDERSON
United States Attorney

  //S//
SAMANTHA SCHOTT BENNETT
Assistant United States Attorney

  //S//
ED SWANSON
CARLY BITTMAN
Attorneys for Troy Patrick Moon

STIPULATION AND PROPOSED ORDER
CASE NO. 4-19-71951 MAG

**[~~PROPOSED~~] ORDER**

The status hearing currently scheduled for defendant Troy Patrick Moon for September 17, 2020, is rescheduled for October 20, 2020, at 10:30 A.M.

The Court further finds that the exclusion of time from September 17, 2020, through and including October 20, 2020, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).  The failure to grant the requested continuance would deny effective preparation of counsel and would result in a miscarriage of justice. 18 U.S.C. § 3161 (h)(7)(B)(iv).

The Court further finds good cause for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1, and for extending the 30-day time period for an indictment under the Speedy Trial Act.  *See* Fed. R. Crim. P. 5.1; 18 U.S.C. § 3161(b).

IT IS SO ORDERED.

DATED:  September 16, 2020

*Virginia K. DeMarchi*
HON. VIRGINIA K. DEMARCHI
United States Magistrate Judge